IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RAYMOND L. OUBICHON,

   Plaintiff,       No. CIV S-06-2749 RRB EFB P

  vs.

TOM CAREY, Warden, et al.,

   Defendants.      <u>ORDER</u>

_____/

  Plaintiff is a prisoner without counsel suing for alleged civil rights violations. *See* 42 U.S.C. § 1983. He requests an extension of time to file and serve an amended complaint. *See* Fed. R. Civ. P. 6(b).

  Plaintiff's April 22, 2008, request is granted and plaintiff has 30 days from the date this order is served to file his amended complaint.

  So ordered.

Dated: April 29, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE