UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 06-2749 CAS | Date | August 30, 2013 |
|---|---|---|---|
| Title | RAYMOND OUBICHON v. TOM L. CAREY ET AL | | |

| Present: The Honorable | CHRISTINA A. SNYDER | | |
|---|---|---|---|
| Catherine Jeang | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

Not Present        Not Present

**Proceedings:**   (IN CHAMBERS) - MOTION FOR DEFAULT JUDGMENT (Filed 06/09/10)[27]

MOTION FOR DEFAULT (Filed 06/21/10)[28]

MOTION TO HAVE SECOND AMENDED COMPLAINT SCREENED (Filed 07/12/10)[29]

MOTION FOR COURT ORDER RE: DOCUMENTS FOR SERVICE (Filed 08/16/10)[31]

MOTION FOR SERVICE OF USM-285 (Filed 12/03/10)[32]

MOTION FOR RULING AND USM FORMS (Filed 10/03/11)[34]

MOTION FOR LEAVE TO FILE THIRD AMENDED PRISONER CIVIL RIGHTS COMPLAINT (Filed 09/11/12)[40]

MOTION TO DISMISS (Filed 08/27/13)[44]

The Court hereby denies the following motions, as moot:

- Motion for Default Judgment [27];
- Motion for Default [28];
- Motion to Have Second Amended Complaint Screened [29];
- Motion for Court Order Re: Documents for Service [31];

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 06-2749 CAS | Date | August 30, 2013 |
|---|---|---|---|
| Title | RAYMOND OUBICHON v. TOM L. CAREY ET AL | | |

• Motion for Service of USM-285 [32];
• Motion for Ruling and USM Forms [34]; and
• Motion for Leave to File Third Amended Prisoner Civil Rights Complaint [40].

As for the Motion to Dismiss, the Court sets the following briefing schedule:

Opposition shall be filed on or before October 31, 2013; and
Reply shall be filed on or before December 2, 2013.

Upon receipt of all briefing, the matter will stand submitted.

|  | 00 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | CMJ | |