# MINUTES

CASE NUMBER:   2:06-cv-02749-JAM-BMK

CASE NAME:   Raymond L. Oubichon v. Thomas Carey, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE:   Barry M. Kurren          REPORTER:

DATE:   06/06/2016               TIME:

COURT ACTION:   EO:

On June 2, 2016, Petitioner filed a Motion for an Extension of Time. (Doc. 63.) In the Motion, Petitioner asks for a thirty-day extension to respond to Defendants' First Set of Interrogatories. This Motion is GRANTED. Petitioner's Response to First Set of Interrogatories is now due July 5, 2016.

Submitted by kur2, law clerk.