# MINUTES

CASE NUMBER: 2:06-cv-02749-JAM-BMK

CASE NAME: Raymond L. Oubichon v. Thomas Carey, et al.

ATTYS FOR PLA:

ATTYS FOR DEFT:

INTERPRETER:

JUDGE: Barry M. Kurren     REPORTER:

DATE: November 4, 2016     TIME:

COURT ACTION: EO:

On October 18, 2016, Plaintiff filed a Motion for an Enlargement of Time (Doc. 67), requesting additional time to file an Opposition to Defendants' Motion for Summary Judgment. This Motion is GRANTED. Plaintiff's Opposition to Defendants' Motion for Summary Judgment is now due 12/12/2016. Defendants' Reply is now due 1/9/2017.

Submitted by kur2, law clerk.